UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ANTHONY REID,<br><br>　　　　　　　　　Defendant. | 22 Cr. 249 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The United States Marshals Service is hereby ORDERED to release Defendant Anthony Reid, USMS No. 86893-054, from federal custody subject to his existing supervised release conditions.

SO ORDERED.

Dated:　May 17, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　United States District Judge