UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 22 Cr. 249 (KPF) |
| ANTHONY REID, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The conference scheduled for July 21, 2022, is hereby ADJOURNED to **July 27, 2022, at 12:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  July 18, 2022
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge