UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-                                                    22 Cr. 249 (KPF)

ANTHONY REID,                                    **ORDER**

Defendant.

KATHERINE POLK FAILLA, District Judge:

On September 27, 2022, United States Probation Officer Courtney Cooke contacted the Court to request an adjournment of the upcoming conference in this matter. Accordingly, the conference scheduled for September 29, 2022, is hereby ADJOURNED to **November 4, 2022, at 12:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   September 27, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge